

# SOBEL PEVZNER, LLC

NEW YORK ♦ NEW JERSEY ♦ PENNSYLVANIA

**AARON C. GROSS, ESQ.**
464 New York Avenue, Ste 100
Huntington, NY 11743
Tel (631) 549-4677
Fax (631) 549-0826
Agross@SobelPevzner.com

*New York City Office*
30 Vesey Street, 8th Floor
New York, New York 10007
Tel (212) 216-0020
Fax (646) 688-3646

June 6, 2022

**VIA ELECTRONIC FILING**

Hon. Judge Paul G. Gardephe
U.S. District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, NY 10007

Re:   *Waynes Barnes v. A. Duie Pyle et al*
      Index No.:   1:22-cv-01026-PGG
      File No.:    DP-15692

Dear Hon. Judge Gardephe:

Please be advised that this office represents the defendant, A. Duie Pyle named in the above-referenced matter and I am writing the Court seeking direction.

I recently had a telephone conversation with plaintiff's counsel, Ilya Novofastovsky, Esq. of the Novo Law Firm regarding this matter and the conference that is presently scheduled before your Honor on this Thursday, June 9, 2022 at 10:00am.

In that regard, Mr. Novofastovsky advised me that he is presently not admitted in the Southern District and as such is seeking a 60-day adjournment of the Court conference for which to afford him time submit his admission papers and proceed with this matter himself. Furthermore, as Mr. Novofastovsky is not admitted in the Southern District, he has indicated that he cannot in good faith enter into an agreement regarding the proposed discovery deadlines to be submitted to the Court in the Joint pretrial discovery letter, which is the reason that such letter has not been filed with the Court.

As such, please advise as to a possible adjournment of the conference in light of Mr. Novofastovsky's request.

  Thank you for your time and attention in this matter, should there be any problems and/or questions, please feel free to contact the undersigned.

            Respectfully submitted,

            SOBEL PEVZNER, LLC

*Aaron C. Gross*

            AARON C. GROSS, ESQ.

ACG:lml

Cc: Ilya Novofastovsky, Esq.
   of the Novo Law Firm

          **Memo Endorsement:** The initial pre-trial conference scheduled for June 9, 2022 is adjourned to **July 7, 2022 at 11:15 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. The parties will submit their proposed case management plan and joint letter in accordance with the Court's previous order (see Dkt. No. 4) by **June 30, 2022**.

          SO ORDERED.

*Paul S. Gardephe*
_____
Paul G. Gardephe
United States District Judge
Dated: June 6, 2022