UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE BARNES,

                Plaintiff,

- against -

A. DUIE PYLE, INC.,

                Defendant.

**ORDER**

22 Civ. 1026 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter currently scheduled for July 7, 2022 is adjourned to **July 21, 2022 at 9:45 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 6, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge