```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAYNE BARNES,                                               :
                                                            :      22-CV-1026 (RWL)
                        Plaintiff,                          :
                                                            :
        - against -                                         :      ORDER
                                                            :
    A. DUIE PYLE, INC. and JOHN DOE,                        :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By order dated July 27, 2022, the Court so-ordered counsel Ezra Glaser's request to file a motion to appear pro hac vice on behalf of plaintiff by August 15. 2022 (see Dkt. 13). Mr. Glaser has not filed said motion, and no one has appeared on behalf of plaintiff. Accordingly, (1) plaintiff, Mr. Glaser, or other attorney representing plaintiff must appear for the September 6, 2022 case management conference; (2) defense counsel shall attempt to reach Mr. Glaser by phone and/or email to ascertain Mr. Glaser's status regarding representation of plaintiff and to discuss and prepare the proposed case plan and scheduling order.

1

Plaintiff's failure to appear pro se or by counsel at the September 6, 2022 case management conference will result in dismissal of the case for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 29, 2022
       New York, New York

Copies transmitted this date to all counsel of record.