```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WAYNE BARNES,                                               :
                                                            :   22-CV-1026 (RWL)
                                Plaintiff,                  :
                                                            :
                - against -                                 :   ORDER
                                                            :
A. DUIE PYLE, INC. and JOHN DOE,                            :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 22, 2023, the Court granted the parties' request for an extension to complete expert discovery by December 29, 2023 to allow time for Rule 26 disclosures, exchanges of expert reports, depositions of experts, and the exploration of settlement negotiations. As expert discovery has now closed, the parties shall file a joint status report with the Court by January 11, 2024.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: January 3, 2024
       New York, New York

Copies transmitted this date to all counsel of record.